# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES,** | *<br>*<br>*<br>* |
| v. | *   Criminal Case Nos.:  10-cr-777-9<br>*                              10-cr-777-15 |
| **IAN MINSHALL** *and*<br>**ANTHONY MARCANTONI** | *<br>*<br>*<br>*<br>* |

## ORDER

The Court referred the Government's Motion to Disqualify Counsel for Ian Minshall and Anthony Marcantoni [ECF No. 154] to United States Magistrate Judge William Connelly on August 29, 2011.  *See* ECF No. 188.  The Court has carefully reviewed Judge Connelly's Report and Recommendation as to the Government's Motion to Disqualify Counsel for Ian Minshall and Anthony Marcantoni [ECF No. 298] and adopts the findings of facts contained therein.  Having been advised that the Government does not intend to file any objections to the Report and Recommendation, it is, this 21st day of March, 2012, by the United States District Court for the District of Maryland, hereby

**ORDERED** that Government's Motion to Disqualify Counsel [ECF No. 154] is **DENIED**.

/s/<br>
ROGER W. TITUS<br>
UNITED STATES DISTRICT JUDGE